UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
§
BOULDER ENERGY SOLUTIONS, LLC § Case No. 19-11858
§
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DOUGLAS N. GOULD, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
215 Dean A. McGee Avenue
Oklahoma City, OK 73102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Douglas N. Gould_____
                                          Trustee


DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
BOULDER ENERGY SOLUTIONS, LLC   §   Case No. 19-11858
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 1,386.00 |
| leaving a balance on hand of[1] | $ | 2,614.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 29A | COMMONWEALTH OF PA - UCTS | $ 402.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 47 | BANK OF AMERICA, N.A. | $ 22,332.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 61A | BELL SUPPLY COMPANY, LLC | $ 628,339.51 | $ 0.00 | $ 0.00 | $ 0.00 |
| 62A | APEX REMINGTON INC. | $ 848,522.56 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $     0.00
Remaining Balance                         $ 2,614.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS N. GOULD | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: DOUGLAS N. GOULD | $ 247.24 | $ 0.00 | $ 247.24 |
| Attorney for Trustee Fees: DOUGLAS N. GOULD PLC | $ 962.50 | $ 962.50 | $ 0.00 |
| Attorney for Trustee Expenses: DOUGLAS N. GOULD PLC | $ 421.00 | $ 421.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,247.24

Remaining Balance $ 1,366.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $116,976.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | SHAULA HARRISON | $ 2,646.88 | $ 0.00 | $ 165.52 |
| 37 | MELISSA GONZALES | $ 2,936.00 | $ 0.00 | $ 183.60 |
| 38 | RICARDO GONZALES | $ 7,464.00 | $ 0.00 | $ 466.74 |
| 52 | SERGIO VARGAS | $ 3,070.00 | $ 0.00 | $ 191.97 |
| 56 | BENITO GONZALEZ | $ 2,760.00 | $ 0.00 | $ 172.59 |
| 57 | HECTOR GONZALEZ | $ 2,980.00 | $ 0.00 | $ 186.34 |
| 3 | OKLAHOMA COUNTY TREASURER | $ 155.32 | $ 0.00 | $ 0.00 |
| 9 | WORKFORCE WEST VIRGINIA | $ 42,704.41 | $ 0.00 | $ 0.00 |
| 25 | STATE OF NORTH DAKOTA BY | $ 24,975.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 29B | COMMONWEALTH OF PA - UCTS | $ 500.00 | $ 0.00 | $ 0.00 |
| 30 | ODR BKCY | $ 6,884.56 | $ 0.00 | $ 0.00 |
| 33 | TEXAS WORKFORCE COMMISSION | $ 19,799.43 | $ 0.00 | $ 0.00 |
| 34 | STATE OF MINNESOTA DEPT OF REVENUE | $ 100.26 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 1,366.76 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,379,459.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | H & E EQUIPMENT SERVICES INC | $ 38,357.39 | $ 0.00 | $ 0.00 |
| 2 | PICO PROPANE OPERATING, LLC | $ 33,853.33 | $ 0.00 | $ 0.00 |
| 4 | AHERN RENTALS, INC. | $ 6,039.49 | $ 0.00 | $ 0.00 |
| 5 | GLOBAL VESSEL & TANK, LLC | $ 132,456.34 | $ 0.00 | $ 0.00 |
| 6 | RAM TOOL AND SUPPLY CO INC | $ 4,618.88 | $ 0.00 | $ 0.00 |
| 7 | CISCO EQUIPMENT RENTALS, LLC | $ 64,720.39 | $ 0.00 | $ 0.00 |
| 8 | CHICKASHA FACTORING | $ 15,200.00 | $ 0.00 | $ 0.00 |
| 10 | PIPELINE SUPPLY & SERVICE LLC | $ 95,334.63 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | MOBILE MODULAR MANAGEMENT CORPORATION | $ 1,053.14 | $ 0.00 | $ 0.00 |
| 12 | RUS INDUSTRIAL LLC | $ 22,291.30 | $ 0.00 | $ 0.00 |
| 13 | BOWEN PIPELINE SERVICES, LLC | $ 1,323,806.54 | $ 0.00 | $ 0.00 |
| 14 | SOONER VALVE REPAIR LLC | $ 5,360.00 | $ 0.00 | $ 0.00 |
| 15 | TULSA COMBUSTION | $ 133,156.00 | $ 0.00 | $ 0.00 |
| 16 | ADVANTAGE ENERGY SERVICES LLC | $ 15,590.00 | $ 0.00 | $ 0.00 |
| 17 | AMERICAN PIPING AND INSPECTION | $ 99,542.00 | $ 0.00 | $ 0.00 |
| 18 | MATERIAL TESTING SERVICES LLC | $ 5,592.67 | $ 0.00 | $ 0.00 |
| 19 | BRAND X HYDROVAC SERVICES, INC. | $ 6,275.00 | $ 0.00 | $ 0.00 |
| 20 | ROTOR TECH INC | $ 65,655.99 | $ 0.00 | $ 0.00 |
| 21 | ARCTIC INDUSTRIAL INSULATION, LLC | $ 45,254.00 | $ 0.00 | $ 0.00 |
| 22 | HUNTER HEAVY EQUIPMENT INC. | $ 16,128.50 | $ 0.00 | $ 0.00 |
| 23 | SACHIYE MCKENNA & ASSOCIATES, LLC | $ 103,142.57 | $ 0.00 | $ 0.00 |
| 24 | BRIDGEWELL RESOURCES LLC | $ 12,015.75 | $ 0.00 | $ 0.00 |
| 26 | HANSON SERVICES LLC | $ 9,390.00 | $ 0.00 | $ 0.00 |
| 27 | KP SUPPLY COMPANY LLC | $ 525.40 | $ 0.00 | $ 0.00 |
| 28 | J A KING | $ 553.50 | $ 0.00 | $ 0.00 |
| 31 | HI PLAINS FILTRATION | $ 2,479.83 | $ 0.00 | $ 0.00 |
| 32 | AIRGAS | $ 14,297.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 35 | NABORS WELDING & SUPPLIES, INC | $ 2,139.56 | $ 0.00 | $ 0.00 |
| 39 | CIVIL & ENVIRONMENTAL CONSULTANTS, INC. | $ 391,450.14 | $ 0.00 | $ 0.00 |
| 40 | CRADY JEWETT MCCULLEY & HOUREN LLP | $ 27,775.67 | $ 0.00 | $ 0.00 |
| 41 | NATIONAL INSPECTION SERVICES, LLC | $ 25,330.50 | $ 0.00 | $ 0.00 |
| 42 | PROFAB | $ 39,418.03 | $ 0.00 | $ 0.00 |
| 43 | FARMERS SUPPLY AND TRANSPORTATION COMPANY | $ 55,234.98 | $ 0.00 | $ 0.00 |
| 44 | AMERICAN EXPRESS NATIONAL BANK | $ 392.25 | $ 0.00 | $ 0.00 |
| 45 | FASTENAL COMPANY | $ 2,264.31 | $ 0.00 | $ 0.00 |
| 46 | JOSH TAYLOR | $ 2,200.00 | $ 0.00 | $ 0.00 |
| 48 | PENLEY OIL COMPANY | $ 90,000.00 | $ 0.00 | $ 0.00 |
| 49 | TEAM INDUSTRIAL SERVICES, INC. | $ 2,610.00 | $ 0.00 | $ 0.00 |
| 50 | MOBILE MINI STORAGE SOLUTIONS | $ 11,895.61 | $ 0.00 | $ 0.00 |
| 51 | UNITED RENTALS (NORTH AMERICA), INC. | $ 441,506.67 | $ 0.00 | $ 0.00 |
| 53 | AEON PEC | $ 47,285.42 | $ 0.00 | $ 0.00 |
| 54 | HILAND PARTNERS HOLDINGS LLC | $ 4,556,547.00 | $ 0.00 | $ 0.00 |
| 55 | 500 GRANT STREET, SUITE 2900 | $ 84,654.48 | $ 0.00 | $ 0.00 |
| 58 | AURORA WINNELSON COMPANY | $ 786,562.63 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 59 | RANGER OILFIELD SERVICES CORP | $ 3,945.00 | $ 0.00 | $ 0.00 |
| 60 | AIRTOOL EQUIPMENT RENTAL INC. | $ 413.52 | $ 0.00 | $ 0.00 |
| 61B | BELL SUPPLY COMPANY, LLC | $ 9,484.91 | $ 0.00 | $ 0.00 |
| 62B | APEX REMINGTON INC. | $ 7,741.84 | $ 0.00 | $ 0.00 |
| 63 | MURRAY SERVICES | $ 22,406.10 | $ 0.00 | $ 0.00 |
| 64 | BAY, LTD. | $ 318,229.50 | $ 0.00 | $ 0.00 |
| 65 | RISH EQUIPMENT COMPANY | $ 16,525.00 | $ 0.00 | $ 0.00 |
| 66 | INSTRUMENTAL & ELECTRICAL TECHNOLOGIES, LLC | $ 1,043,802.25 | $ 0.00 | $ 0.00 |
| 67 | ONEOK FIELD SERVICES COMPANY, L.L.C. | $ 4,116,953.67 | $ 0.00 | $ 0.00 |
| 68 | ENGINEERED SOLUTIONS AND CONSULTING LLC | $ 3,000,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $187,456.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 69 | DIAMOND G INSPECTION INC | $ 187,456.50 | $ 0.00 | $ 0.00 |
| 70 | DIAMOND G INSPECTION INC | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Douglas N. Gould
                                    Trustee

*DOUGLAS N. GOULD, TRUSTEE*
*5500 N. Western Ave., Ste. 150*
*Oklahoma City, OK 73118*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.